[No. 29332-0-I.   Division One.   August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE DION
BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06526-6, Sharon S. Armstrong, J., entered

October 14, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Forrest, J.